DECEMBER 30, 1952

No. 57013.—SUIT 4701.—United States v. Old Rose Distributing Co.

C. D. 1347. (Appeal dismissed December 4, 1951.) (See Abstract 57014 below, relating to suit 4702.)

No. 57014.—SUIT 4702.—Old Rose Distributing Co. v. United States.

C. D. 1347 reversed November 4, 1952. C. A. D. 499.